UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

May 22, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

| | | |
|---|---|---|
| SANTOS PACHECO CARRANZA and JOSHUA JOSUE SAAVEDRA PACHECO, | § § § § | |
| Petitioners, | § § | NO. SA-26-CV-1639-OLG |
| v. | § § | |
| MARKWAYNE MULLIN *et al.*,[1] | § § | |
| Respondents. | § § | |

## ORDER

Pending before the Court is the status of this habeas proceeding, in which Petitioners Santos Pacheco Carranza ("Pacheco Carranza") and Joshua Josue Saavedra Pacheco request release from custody. *See* Dkt. No. 1 at 1. After initiating this action, they were released. *See* Dkt. No. 9 at 1. Because the relief sought herein has been granted, this case is now moot and must be dismissed as such. *See, e.g., Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021). Pacheco Carranza disagrees. She argues that, because she was released subject to a "GPS ankle monitor," she is still "in custody" and entitled to habeas relief. Dkt. No. 10 at 1–2. The Court disagrees.

Pacheco Carranza is not in custody merely because she is subject to "new restrictive conditions" of release. *See, e.g., Ba v. Lyons*, No. 25-CV-2871, 2026 WL 218936, at *2 (S.D. Cal. Jan. 27, 2026). While electronic monitoring may permit ICE to track her whereabouts, "it does not limit [her] physical movement, nor does it require [her] to go anyplace." *Munoz v. Smith*, 17 F.4th 1237, 1245 (9th Cir. 2021). As a result, the Court has "little difficulty concluding that [the] electronic monitoring requirement . . . does not cause [Pacheco Carranza] to be 'in custody.'" *Id.*

---

[1] Markwayne Mullin became the Secretary of the Department of Homeland Security on March 24, 2026. As a result, he is automatically substituted as Respondent in this action. *See* FED. R. CIV. P. 25(d).

Because Petitioners have been released, the Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on May _____, 2026.

ORLANDO L. GARCIA
United States District Judge